### MORRILL vs. STELL, ADMINISTRATOR, ETC.

Appeal from Lamar county.

*Contract—Evidence.*—The one question involved in the controversy was whether or not the letters of Stell and Morgan to the ap-

pellant, which were read in evidence, together with the other evidence on the trial, constituted a contract in writing for the sale of the land. That question turns upon whether or not the appellant accepted the appellee's proposition to convey him the land in the event the appellant should succeed in reversing the judgment in a certain case then on appeal. The finding of the judge was that there was no such acceptance on the part of the appellant. It was purely a question of fact, and having ample evidence to support it, the finding of the court, sitting without a jury, is as conclusive as a verdict in such cases.

Affirmed on the report of Walker, Presiding Commissioner.